IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| RUSSELL L. EBERSOLE, d/b/a ABERDEEN ACRES PET CARE CENTER, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 1:12cv26 (JCC/TRJ) ) ) |
| BRIDGET KLINE-PERRY, | ) ) |
| Defendant. | ) |

**O R D E R**

This matter is before the Court following a jury trial, pursuant to which the jury returned a verdict in favor of Plaintiff Russell L. Ebersole, d/b/a Aberdeen Acres Pet Care Center, and against Defendant Bridget Kline-Perry on Plaintiff's claims for Defamation and Conspiracy to Harm Business. On July 25, 2012, judgment was duly entered in favor of Plaintiff, which, in accordance with the jury verdict, awarded Plaintiff $7,500 in compensatory damages for the Conspiracy to Harm Business claim, $7,500 in compensatory damages for the Defamation claim, and $60,000 in punitive damages. Pursuant to Va. Code §§ 18.2-499 and 18.2-500, Plaintiff is entitled to treble damages on his Conspiracy to Harm Business claim. Va. Code § 18.2-500. Accordingly, it is hereby ORDERED that:

1

(1) the $7,500 in compensatory damages awarded to Plaintiff on his Conspiracy to Harm Business claim in the July 25, 2012 judgment [85] is increased to $22,500; and

(2) the Clerk of the Court shall forward copies of this Order to all counsel of record.

July 27, 2012  
Alexandria, Virginia

/s/  
James C. Cacheris  
UNITED STATES DISTRICT COURT JUDGE