```
              IN THE UNITED STATES DISTRICT COURT FOR THE
                      EASTERN DISTRICT OF VIRGINIA

                            Alexandria Division


RUSSELL L. EBERSOLE, d/b/a     )
ABERDEEN ACRES PET CARE        )
CENTER,                        )
                               )
     Plaintiff,                )
                               )    1:12cv26 (JCC/TRJ)
          v.                   )
                               )
BRIDGET KLINE-PERRY,           )
                               )
     Defendant.                )
```

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendant's Motion for New Trial or, in the Alternative, to Alter the Judgment [90] is DENIED insofar as it seeks to set aside the jury's award of punitive damages or a reduction of that award as a matter of law;

(2) Defendant's Motion for New Trial or, in the Alternative, to Alter the Judgment [90] is DENIED CONDITIONALLY insofar as it seeks a new trial dependent on Plaintiff's acceptance of a remitted award of punitive damages in the amount of $15,000;

(3) Plaintiff is DIRECTED to accept or reject, in writing and filed with the Court, this remittitur within ten (10) days of the date of this Order;

1

(4) Plaintiff's Motion for Attorneys' Fees and Costs [88] is DEFERRED pending Plaintiff's decision on whether to accept or reject the remittitur; and

(5) the Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

|  |  |
|---|---|
| August 29, 2012<br>Alexandria, Virginia | /s/<br>James C. Cacheris<br>UNITED STATES DISTRICT COURT JUDGE |