**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| RUSSELL L. EBERSOLE, <br> d/b/a ABERDEEN ACRES PET <br> CARE CENTER, | ) <br> ) <br> ) <br> ) | |
| Plaintiff, | ) | Civil Action No. 1:12cv26 |
| | ) | |
| v. | ) <br> ) | |
| BRIDGET KLINE-PERRY, | ) <br> ) | |
| Defendant. | ) | |

## SUPPLEMENTAL FILING

Comes now Plaintiff and supplements his previous request for attorney fees with the attached exhibits in support of his request, hereby made, for additional attorney fees incurred since August 3, 2012 in the amount $11,682.50 for total attorney's fees of $131,598.25 and costs of $2,531.16 through September 5, 2012.

                                                        **RUSSELL L. EBERSOLE**
                                                        **d/b/a ABERDEEN ACRES**
                                                        **PET CARE CENTER**
                                                          /s/ Thomas H. Roberts, Esq.
                                                        **By Counsel**

Thomas H. Roberts, Esq. (VSB 26014)
tom.roberts@robertslaw.org
Andrew T. Bodoh, Esq. (VSB 80143)
andrew.bodoh@robertslaw.org
**THOMAS H. ROBERTS & ASSOCIATES, P.C.**
105 South 1st Street
Richmond, Virginia 23219
Telephone:   (804) 783-2000 / Facsimile:   (804) 783-2105
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

       I hereby certify that on September 5, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Nicholas J. Lawrence, Esq., VSB No. 76964
nlawrence@bmhjlaw.com
Steven W. Bancroft, Esq., VSB No. 18447
sbancroft@bmhjlaw.com
3920 University Drive
Fairfax, Virginia 22030
Telephone:	(703) 385-1000
Facsimile:	(703) 385-1555
*Counsel for Defendants*

                              /s/ Thomas H. Roberts, Esq.

                            Thomas H. Roberts, Esq. (VSB 26014)
                            tom.roberts@robertslaw.org
                            Andrew T. Bodoh, Esq. (VSB 80143)
                            andrew.bodoh@robertslaw.org
                            **THOMAS H. ROBERTS & ASSOCIATES, P.C.**
                            105 South 1st Street
                            Richmond, Virginia 23219
                            Telephone:(804) 783-2000 /Facsimile:(804) 783-2105
                            **Counsel for RUSSELL L. EBERSOLE**
                            **d/b/a ABERDEEN ACRES**
                            **PET CARE CENTER**